UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEASE AMERICA.ORG, INC.,

    *Plaintiff,*

v.

ROWE INTERNATIONAL
CORPORATION, et al.,

    *Defendants.*

Case No: 1:15-cv-348

HON. JANET T. NEFF

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated by and among Plaintiff Lease America.org, Inc. ("Lease America"), Defendants Rowe International Corporation and AMI Entertainment Network, Inc., and Defendant Amusement and Music Operators Association, Inc. (collectively, "the Parties"), that Lease America's claims in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: August /7, 2017

_____
Maxwell M. Blecher
BLECHER COLLINS &
PEPPERMAN, P.C.
515 S. Figueroa St., Suite 1750
Los Angeles, CA 90071
(213) 622-4222
mblecher@blechercollins.com

*Counsel for Plaintiff Lease America.Org, Inc.*

_____
Michael J. Griffin
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
mgriffin@peabodyarnold.com

John M. Bylsma
VARNUM LLP
333 Bridge Street, NW
Grand Rapids, MI 49504
(616) 336-6000
jmbylsma@varnumlaw.com

*Counsel for Amusement and Music Operators Association, Inc.*

Respectfully submitted,

_____
Jeffrey M. Johnson
Alex E. Hassid
BLANK ROME LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-4726
JJohnson@blankrome.com
AHassid@blankrome.com

Lee Silver
SILVER & VAN ESSEN, PC
300 Ottawa Ave. N.W.
Suite 620
Grand Rapids, MI 49503
(616) 988-5600
ltsilver@silvervanessen.com

*Counsel for Defendants AMI Entertainment Network, Inc. and Rowe International Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that of this 17th day of August, 2017, a copy of the foregoing **JOINT STIPULATION OF DISMISSAL**, was served was served via electronic mail on the following:

Michael J. Griffin
Harvey Weiner
Timothy M. Pomarole
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
mgriffin@peabodyarnold.com
hweiner@peabodyarnold.com
tpomarole@peabodyarnold.com

John M. Bylsma
VARNUM LLP
333 Bridge Street, NW
Grand Rapids, MI 49504
(616) 336-6000
jmbylsma@varnumlaw.com

*Counsel for Defendant Amusement & Music Operators Association, Inc.*

Lee Silver, Esq.
SILVER & VAN ESSEN, PC
300 Ottawa Ave. N.W., Suite 620
Grand Rapids, MI 49503
Tel: (616) 988-5600
ltsilver@silvervanessen.com

Jeffrey M. Johnson, Esq.
Alex E. Hassid, Esq.
BLANK ROME LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
Tel: (202) 420-4726
JJohnson@blankrome.com
AHassid@blankrome.com

*Counsel for Defendants AMI Entertainment Network, Inc. and Rowe International Corporation*

Rose Marie Gabrielsen
Asst. to Maxwell Blecher, Esq.
BLECHER COLLINS & PEPPERMAN, P.C.
515 S. Figueroa St., Suite 1750
Los Angeles, CA 90071
(213) 622-4222
mblecher@blechercollins.com

91696.1